McGRAW *vs.* SCHWAB.

means so to do. The arrangements between Perry and New-comb were matters for their consideration.

Judgment reversed and a new trial ordered.

———————— ▸•◆•◂ ————————

## McGRAW *vs.* SCHWAB.

A writ of *certiorari* brings up for review questions of law only.

Error to Wayne Circuit.

*Opinion by* CHRISTIANCY, J.—Defendants in error brought suit in a Justice's Court against plaintiff in error for certain liquors alleged to have been sold to him at Chicago. Defendant below pleaded the general issue and gave notice that he would prove that the liquors were sold in Michigan and that the sale was void under the statute. The jury found a verdict for the defendant, and the cause was removed to the Wayne Circuit by writ of *certiorari.*

The only question complained of in the affidavit for the writ is that " the judgment is erroneous, for the reason that the testimony given on the trial demanded that a verdict for damages should have been given in favor of the plaintiffs and against the defendants."—There was no question of law raised; questions of fact were only presented upon the weight of the evidence, which had already been passed upon by the jury, and upon the writ of *certiorari* only questions of law could be tried.

The Circuit Court had therefore no jurisdiction to review the cause either upon the facts or the law, and, therefore, no power to alter the judgment, and the judgment should have been affirmed or the case dismissed with costs. But in fact the judgment was reversed and a judgment rendered for the plaintiffs for the amount which, in the opinion of the Court, they ought to have recovered, and this in direct opposition to the finding of the jury.

This was clearly erroneous. The judgment of the Circuit Court must be reversed, that of the Justice must be affirmed, and the plaintiff in error must recover his costs in both courts.